**JS-6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BLACKHAWK MANUFACTURING GROUP INC. d/b/a 80 PERCENT ARMS, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>TACTICAL GEAR HEADS LLC d/b/a 80% LOWERS, an Indiana limited liability company, CHAD MYERS, an individual, JACQUELYN MYERS, an individual, and WILLIAM MCALLISTER, an individual,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 8:19-cv-01173-DOC-JDE<br><br>**ORDER OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Hon. David O. Carter |

1  Having reviewed the parties' Stipulated Voluntary Dismissal of Entire Action
2  With Prejudice, the Court hereby ORDERS that all claims and counterclaims in the
3  action are dismissed in their entirety with prejudice. All parties shall bear their own
4  costs and attorney fees.

6  **IT IS SO ORDERED.**

8  Dated: July 20, 2020

   */s/ David O. Carter*
9  DAVID O. CARTER, DISTRICT JUDGE
   UNITED STATES DISTRICT COURT

16  33103091